| | |
|---|---|
| Gary J. Smith (SBN 141393) | Paul S. Chan (SBN 183406) |
| gsmith@bdlaw.com | pchan@birdmarella.com |
| Jacob P. Duginski (SBN 316091) | Ariel A. Neuman (SBN 241594) |
| jduginski@bdlaw.com | aneuman@birdmarella.com |
| BEVERIDGE & DIAMOND P.C. | Shoshana E. Bannett (SBN 241977) |
| 456 Montgomery Street, Suite 1800 | sbannett@birdmarella.com |
| San Francisco, CA 94104 | Alec M. Cronin (SBN 333774) |
| Telephone: (415) 262-4000 | acronin@birdmarella.com |
| | BIRD, MARELLA, RHOW, |
| Kaitlyn D. Shannon (SBN 296735) | LINCENBERG, DROOKS & |
| kshannon@bdlaw.com | NESSIM, LLP |
| BEVERIDGE & DIAMOND, P.C. | 1875 Century Park East, 23rd Floor |
| 1900 N Street, N.W., Suite 100 | Los Angeles, California 90067-2561 |
| Washington, DC 20036-1661 | Telephone: (310) 201-2100 |
| Telephone: (202) 789-6040 | Facsimile: (310) 201-2110 |
| Facsimile: (202) 789-6190 | |

Attorneys for Defendants Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCOTT BENJAMIN SIEGAL, an individual; THOMAS LEE TATE, an individual; ISABELL DOLORES PALOMINO, an individual; RUFINO JUAREZ, an individual; BRAD KENNETH BECKER, an individual; ZACHARY AUSTIN ADLESH, an individual; JOSE MOISES ALVAREZ, an individual; TARA MARIE AMARO, an individual; YURIDIA HIGUERA ARELLANES, an individual; RAMON MORENO ARIAS, an individual; ANGELA BAILEY, an individual; SANDRA BARLAN, an individual; LAURO BARLAN, an individual; ARIANA BARRAGAN, an individual; STEPHANIE BARRAGAN, an individual; JAVIER VAZQUEZ BAUTISTA, an individual; JULIE BEIJER, an individual; DENISE BERKOWITZ, an individual; | CASE NO.<br><br>[Los Angeles Superior Court Case No. 24STCV17748<br><br>Action Filed: July 16, 2024]<br><br>**DEFENDANTS CHIQUITA CANYON LLC, CHIQUITA CANYON, INC., AND WASTE CONNECTIONS US, INC.'S NOTICE OF REMOVAL**<br><br>*[Filed concurrently with Declaration of Shoshana E. Bannett]* |

3993833.4

NOTICE OF REMOVAL

| | |
|---|---|
| 1 | PAIGE BERKOWITZ, an individual; |
| | MELISSA BERKOWITZ, an individual; |
| 2 | CAMERON BESWICK, an individual; |
| | LILY BOBLOYAN, an individual; |
| 3 | LORI BOBRICK, an individual; |
| | GAREN BOSHYAN, an individual; |
| 4 | JAMIE BRIANO, an individual; |
| | TIMOTHY BUSSIO, an individual; |
| 5 | JORGE ERNESTO CALVILLO, an individual; |
| 6 | JUAN CARLOS CASTANEDA, an individual; |
| 7 | SOLEDAD CASTANEDA, an individual; |
| 8 | JUAN CASTANEDA, an individual; |
| | OSCAR CASTANEDA, an individual; |
| 9 | ANTONIO CIRINO SILVA CASTELLANOS, an individual; |
| 10 | SAMUEL CHAVEZ, an individual; |
| | JAE HYUN CHO, an individual; |
| 11 | GOON JA CHO, an individual; |
| | JI WOONG CHOI, an individual; |
| 12 | SUMIN CHOI, an individual; |
| | JAEWON CHOI, an individual; |
| 13 | WOOSIK CHOI, an individual; |
| | MARQUINTA BRYANT-COBLE, an individual; |
| 14 | |
| | PAUL COBLE, an individual; |
| 15 | TIFFANY COBLE, an individual; |
| | RICHARD A. CONTRERAS, an individual; |
| 16 | |
| | ANA MARIA CUELLAR, an individual; |
| 17 | |
| | BRYAN CUNNINGHAM, an individual; |
| 18 | |
| | ELLEN CUNNINGHAM, an individual; |
| 19 | TARYN CUNNINGHAM, an individual; |
| 20 | COLIN CUNNINGHAM, an individual; |
| | CAROL DOBRATZ, an individual; |
| 21 | RONNIE DERRICK DOUGHTY, an individual; |
| 22 | ENRIQUE FLORES JR, an individual; |
| | AARON FORNELLI, an individual; |
| 23 | MEGHAN BLAIR FRANK, an individual; |
| 24 | JESUS SAUL GALVAN, an individual; |
| | ROGELIO GARCIA, an individual; |
| 25 | LEON JOSEPH GRANT, an individual; |
| | ARIANA GRIFSHA, an individual; |
| 26 | JUSTIN STEVEN MONTOYA GONZALEZ, an individual; |
| 27 | MARIA ALEJANDRA GUTIERREZ, an individual; |
| 28 | |

| | |
|---|---|
| 1 | RYAN HALVORSEN, an individual; |
| | MAYRA HALVORSEN, an individual; |
| 2 | KIMBERLY HAMPTON, an individual; |
| | AMANDA HARMON, an individual; |
| 3 | JEANETTE HARMON, an individual; |
| | TIMOTHY HARMON, an individual; |
| 4 | ALIDA HASIMU, an individual; |
| | DONALD HENDRICKS, an individual; |
| 5 | NATASHA HOLLOWAY, an individual; |
| 6 | GAVIN HOLLOWAY, an individual; |
| | ELLA HOLLOWAY, an individual; |
| 7 | GRAYSON HOLLOWAY, an individual; |
| 8 | CRU HOPPE, an individual; |
| | JAXX HOPPE, an individual; |
| 9 | KEVIN HOPPE, an individual; |
| | DANIEL HOUK, an individual; |
| 10 | TANYA HOWARD, an individual; |
| | BREANNE JAGIELLO, an individual; |
| 11 | JENNIE HEEJU JEONG, an individual; |
| | PHILIP JEONG, an individual; |
| 12 | ERNEST JOHNSON, an individual; |
| | CHRISTINA JOHNSON, an individual; |
| 13 | RON KAY, an individual; |
| | JAMIE KAY, an individual; |
| 14 | ALICIA KAY, an individual; |
| | KATHLEEN KEAN, an individual; |
| 15 | ANDY KEAN, an individual; |
| | DIANA KESTENIAN, an individual; |
| 16 | KARINE KESTENIAN, an individual; |
| | HOVSEP KESTENIAN, an individual; |
| 17 | ARMEN KESTENIAN, an individual; |
| | DIANE KESTENIAN, an individual; |
| 18 | ANGELA KIM, an individual; |
| | ERIC H. KIM, an individual; |
| 19 | KATIE S. KIM, an individual; |
| | ISAAC W. KIM, an individual; |
| 20 | IAN M. KIM, an individual; |
| 21 | CHARLES KYUNGCHUN KIM, an individual; |
| | JONGSOOK KIM, an individual; |
| 22 | GRACE BOOYOUNG KIM, an individual; |
| 23 | JOEL KIM, an individual; |
| | LINDA KIM, an individual; |
| 24 | RYAN KIM, an individual; |
| | KAP B. KIM, an individual; |
| 25 | AE S. KIM, an individual; |
| | KAREN KIM, an individual; |
| 26 | JACQUELINE KIM, an individual; |
| | JEFFREY KIM, an individual; |
| 27 | SHAKE' KONTOGIANNIS, an individual; |
| 28 | KAISER KUREXI, an individual; |

| | |
|---|---|
| 1 | SOON HO KWON, an individual; |
| | EUN HA KWON, an individual; |
| 2 | ABIGAIL KWON, an individual; |
| | GRISHA LACHINIAN, an individual; |
| 3 | ROMINA LACHINIAN, an individual; |
| | CLOUDIA LACHINIAN, an individual; |
| 4 | JOAN LARSEN, an individual; |
| | ALEX LARSEN, an individual; |
| 5 | MIKYEONG LEE, an individual; |
| | HUCKJIN LEE, an individual; |
| 6 | HUNSEO LEE, an individual; |
| | JAHUN LEE, an individual; |
| 7 | CHRISTEN LEE, an individual; |
| | EUN CHAN LIM, an individual; |
| 8 | JOSEPH LIM, an individual; |
| | GRACE LIM, an individual; |
| 9 | OTILIA EUYOQUE LOPEZ, an individual; |
| 10 | MIGUEL ANGEL LOPEZ MARTINEZ, an individual; |
| 11 | CARLOS LOPEZ SANTANA, an individual; |
| 12 | CARLIE LOSORELLI, an individual; |
| | JOE LOSORELLI, an individual; |
| 13 | PHYLLIS LOSORELLI, an individual; |
| | IAN LOSORELLI, an individual; |
| 14 | ERIC LOUZIL, an individual; |
| | KEVIN LUNA, an individual; |
| 15 | JOSHUA MADRIGAL, an individual; |
| | ENRIQUE MADRIGAL, an individual; |
| 16 | EVANGELINA MADRIGAL, an individual; |
| 17 | PATTY MADRIGAL, an individual; |
| 18 | MIGUEL ANGEL MARTINEZ JR, an individual; |
| | BRENDA MARTINEZ, an individual; |
| 19 | LISA KAREN MASALONIS, an individual; |
| 20 | STEVEN MAZOR, an individual; |
| | CAMILLE MAZOR, an individual; |
| 21 | MICHELLE MCSHERRY, an individual; |
| 22 | REBECCA J MEALER, an individual; |
| | WILLIAM B MEALER, an individual; |
| 23 | BABE RUTH CLEMENTE MENDOZA, an individual; |
| 24 | RIO GABRIEL VILLANUEVA MENDOZA, an individual; |
| 25 | CHRISTOPHER JAMES SCHROEDER MINGHELLI, an individual; |
| 26 | SUKYOUNG MOON, an individual; |
| 27 | JOHN PETER MORALES, an individual; |
| 28 | TAYLOR JONELLE MORAN, an individual; |

LUIS MORENO, an individual;
TOMAS A MORENO, an individual;
RACHELLE J MORENO, an individual;
DENNIS MORLAN, an individual;
ZHANNA NARINYAN, an individual;
RONNIE LEE ODELL, an individual;
SUNG MIN OH, an individual;
RYAN OH, an individual;
KATELYN OH, an individual;
GARY MICHAEL ORTEGA, an individual;
JOSE CABRERA PADILLA, an individual;
CHI POK PARK, an individual;
DO YOUNG PARK, an individual;
SARAH J PARK, an individual;
AUSTIN PARK, an individual;
ANGIE KIM PARK, an individual;
SUN YOUNG PARK, an individual;
JULIE PARK, an individual;
PHILIP PERERA, an individual;
STEPHEN DINESH PERERA, an individual;
DUSHANTHIE PERERA, an individual;
JUANLUIS PEREZ, an individual;
DIEGO ARIEL PEREZ, an individual;
EDGAR URIEL PEREZ an individual;
MARIA TERESA LUGO PEREZ, an individual;
ANNEL PINEDA, an individual;
LUIS DIEGO PINEDA, an individual;
CHRISOPHER PROUTY, an individual;
JENNIFER PROUTY, an individual;
ROSENDO MANRIQUE RAMIREZ, an individual;
MARICRUZ MUNIZ RAMIREZ, an individual;
ROSA ISELA MUÑIZ RAMIREZ, an individual;
MARISSA CHRISTIAN RAUDA, an individual;
KEVIN TYLER REDMAN, an individual;
NUVIA REVELES, an individual;
SALVADOR ROBLES JR, an individual;
MELVIN EDGARDO RODRIGUEZ, an individual;
TAWNY RODRIGUEZ, an individual;
DAVID RODRIGUEZ, an individual;
TERESA RODRIGUEZ, an individual;
OMAR RODRIGUEZ, an individual;
BRANDY ROGGENTIEN, an

| | |
|---|---|
| 1 | individual;<br>MEGAN ROGGENTIEN, an individual; |
| 2 | GERARDO RUELAS, an individual;<br>JUANA RUELAS, an individual; |
| 3 | ANTONIO RUELAS, an individual;<br>NANCY-MARIE RUIZ, an individual; |
| 4 | SONDRA SALAS, an individual;<br>OSCAR SALAS, an individual; |
| 5 | SAUL DOMINGUEZ SANCHEZ, an individual; |
| 6 | KEEGAN J. SCHAUMLOEFFEL an individual; |
| 7 | MAKENA M. SCHAUMLOEFFEL, an individual; |
| 8 | MARISOL A SERRANO, an individual;<br>KUREXI SHAWUTI, an individual; |
| 9 | ELLIOTT LOU SHEPARD, an individual; |
| 10 | SUNMI SHIM, an individual;<br>JUNSEOK SHIM, an individual; |
| 11 | RACHEL SHIM, an individual;<br>JANE SMOCK, an individual; |
| 12 | JOHN SMOCK, an individual;<br>BYUNGGYUN SO, an individual; |
| 13 | JEREMIAH SO, an individual;<br>YOONJOO SO, an individual; |
| 14 | JUAN GABRIEL SUAREZ SANCHEZ, an individual; |
| 15 | JOHN SUK, an individual;<br>MINDY SUK, an individual; |
| 16 | ERIN SUK, an individual;<br>HUGO SUTO TORRES, an individual; |
| 17 | JOSE RODOLFO VASQUEZ TZUBAN, an individual; |
| 18 | MIGUEL ANGEL VALADEZ-NUNGARAY, an individual; |
| 19 | CRYSTAL VALDEZ, an individual;<br>ESEQUIEL VALDEZ, an individual; |
| 20 | LAURA VELAZQUEZ, an individual;<br>HERACLIO VELAZQUEZ, an individual; |
| 21 | JAELYN VILLANUEVA, an individual; |
| 22 | WENDELL CURTIS WILLIAMS SR, an individual; |
| 23 | JOHN PATRICK YERKES, an individual; |
| 24 | STEVE YEWELL, an individual; |
| 25 | RACHEL ZAVALA, an individual;<br>ALEX ZUBIATE, an individual; |
| 26 | JESSICA ZUBIATE, an individual;<br>CATALINA ZUBIATE, an individual; |
| 27 | ELIAN ZUBIATE, an individual;<br>AMANDA ZWART, an individual; |
| 28 | JAMES ALCANTARA, an individual; |

| | |
|---|---|
| 1 | MONIKA ALONZO, an individual; RICHARD ALONZO, an individual; |
| 2 | NABIL ALRABADI, an individual; INAAF ALRABADI, an individual; |
| 3 | ARLEEN ALRABADI, an individual; ANA ANTON, an individual; |
| 4 | ANDREW ATALLA, an individual; NICOLETTE ATALLA, an individual; |
| 5 | LYNN CARTWRIGHT, an individual; ELAINE CLARO, an individual; |
| 6 | JOHN CONTRERAS, an individual; CATHERINE EVA DUNN, an individual; |
| 7 | individual; PETER DUNN, an individual; |
| 8 | JAKE DUNN, an individual; KENYA GALINDO, an individual; |
| 9 | JOSE EMMANUEL GALINDO, an individual; |
| 10 | EMMA S. GALINDO, an individual; ANTONIO GUILLEN, an individual; |
| 11 | NORMA AGLAE GUTIERREZ, an individual; |
| 12 | JENNIFER HARLAN, an individual; FABIANA PEREZ HERNANDEZ, an |
| 13 | individual; DIANA KAY JAMES, an individual; |
| 14 | JAMES JOO, an individual; YOON JUNG JOO, an individual; |
| 15 | CHRIS JOO, an individual; KAREN KEAN, an individual; |
| 16 | HYUNG SUN KIM, an individual; ESTHER K. KIM, an individual; |
| 17 | EMILY KIM, an individual; ETHAN J. KIM, an individual; |
| 18 | ERIC J. KIM, an individual; JEAN LEEM, an individual; |
| 19 | IRENE LOUZIL, an individual; LEONARDO RAZO NARANJO, an |
| 20 | individual; HYUNSUK O, an individual; |
| 21 | SUEBINN O, an individual; SUEJIN O, an individual; |
| 22 | MIKYUNG PARK an individual; MONIQUE REYES, an individual; |
| 23 | MARICELA SANDOVAL, an individual; |
| 24 | RODNEY DEAN STULBAUM, an individual; |
| 25 | IRENE SUREKEN, an individual; VANESSA SUREKEN, an individual; |
| 26 | AVEDIS SUREKEN, an individual; EDEN SUSTIN, an individual; |
| 27 | DANIEL VALLIN, an individual; VALENTINA VELA, an individual; |
| 28 | BRIGITTE WESTCOTT, an individual; |

| | |
|---|---|
| 1 | SEUNG WOO YANG, an individual; GINA YANG, an individual; |
| 2 | LILLIAN P. YOKOM, an individual, |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | CHIQUITA CANYON, LLC, a Delaware Limited Liability Company; |
| 6 | CHIQUITA CANYON, INC., a Delaware Corporation; |
| 7 | WASTE CONNECTIONS US, INC., a Delaware Corporation; |
| 8 | AMERESCO CHIQUITA CANYON ENERGY LLC, a Delaware Limited |
| 9 | Liability Company; |
| 10 | STEARNS, CONRAD AND SCHMIDT CONSULTING ENGINEERS, INC. |
| 11 | (dba SCS ENGINEERS), a Virginia Corporation; |
| 12 | ULTRASYSTEMS ENVIRONMENTAL, INC., a California Corporation; |
| 13 | and DOES 1 through 150, inclusive. |
| 14 | Defendants. |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendants Chiquita Canyon, LLC ("CCL" or "Chiquita"), Chiquita Canyon, Inc. ("CCI"), and Waste Connections US, Inc. ("WC-US") (collectively, the "CC/WC Defendants") hereby remove this case from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453. As grounds for removal, Defendants state the following:

## I.  PRIOR PROCEEDINGS IN STATE COURT

1. On July 16, 2024, 236 individual plaintiffs ("Plaintiffs") filed the Complaint in this action in the Superior Court for the County of Los Angeles, California, Case No. 24STCV17748 ("State Court Action"). Declaration of Shoshana Bannett ("Bannett Decl."), **Ex. A**.

2. Plaintiffs filed their First Amended Complaint ("FAC") on August 23, 2024, which added 52 plaintiffs.  Bannett Decl., **Ex. B**.

3. The Plaintiffs' FAC alleges that they were exposed to and harmed by elevated levels of particulates and/or odors in and around their homes and/or their workplaces as a result of the CC/WC Defendants' alleged failure to properly operate, maintain, and inspect the landfill owned by Chiquita (the "Landfill").

4. Plaintiffs assert the following eight causes of action: (1) negligence; (2) negligence per se; (3) strict liability for ultrahazardous activities; (4) continuing private nuisance; (5) permanent private nuisance; (6) continuing public nuisance; (7) permanent public nuisance; and (8) trespass. *See* Bannett Decl., Ex. B, ¶¶ 74-144.

5. Plaintiffs request injunctive relief, as well as compensatory damages, general damages, punitive damages, future medical monitoring, and attorneys' fees, be awarded against the CC/WC Defendants. *See id*, at Prayer for Relief.

6. Defendants Chiquita, CCI, and WC-US were served with both the Complaint and FAC on September 24, 2024. Bannett Decl., ¶ 2.

7. This Notice of Removal has been timely filed within thirty days after receipt by Defendants Chiquita, CCI, and WC-US, through service, of the Complaint and FAC, and within one year after commencement of the action, in accordance with 28 U.S.C. § 1446.

## II. VENUE

8. The removal of this action to this Court is proper under 28 U.S.C. § 1441(a) because the Superior Court of California for the County of Los Angeles, where this action was originally filed, is within the federal judicial district for the Central District of California, Western Division.

## III. STATEMENT OF JURISDICTION

9. This Court has subject matter jurisdiction over this civil action under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). CAFA provides that class actions can be removed on the basis of diversity jurisdiction where:

    a. "[A]ny member of a class of plaintiffs is a citizen of a State different from any defendant" (*id.* § 1332(d)(2)(A));

    b. The plaintiffs' claims, in aggregate, exceed the sum or value of $5,000,000.00 exclusive of interests and costs (*id.* §§ 1332(d)(2) & 1332(d)(6)); and

    c. The number of plaintiffs exceeds 100 (*id.* § 1332(d)(5)(B)).

**A. This case is a "class action" because it is a "mass action" as defined by CAFA.**

10. Under CAFA, a "mass action" is deemed to be a "class action" for purposes of CAFA removal. *Id.* § 1332(d)(11)(A) (explaining that a mass action is removable under CAFA if it otherwise meets the CAFA provisions governing removal of class actions).

11. A "mass action," in turn, means "any civil action . . . in which

monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that the plaintiffs' claims involve common questions of law or fact." 28 U.S.C. § 1332(d)(11)(B)(i). Jurisdiction exists only over those plaintiffs whose claims in a mass action satisfy the jurisdictional amounts in 28 U.S.C. § 1332(a). *Id.*

12. There are 288 Plaintiffs named in this action, which exceeds the 100-person threshold. *See* Ex. B at pp. 8-12 (listing plaintiffs).

13. The 288 Plaintiffs are seeking monetary damages (among other forms of relief). *See id.*, at Prayer for Relief.

14. This case is therefore a mass action and is deemed a class action for purposes of CAFA removal.

**B.     The Plaintiffs and Defendants Chiquita, CCI, and WC-US are citizens of different states.**

15. CAFA requires minimal diversity, which is established when "any member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A).

16. Under 28 U.S.C. § 1332(c)(1), a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."

17. A limited liability company is a citizen of every state of which each of its members are citizens. *See 3123 SMB LLC v. Horn*, 880 F.3d 461, 465 (9th Cir. 2018).

18. The principal place of business is "the place where a corporation's officers direct, control, and coordinate the corporation's activities . . . and in practice it should normally be the place where the corporation maintains its headquarters . . . *i.e.*, the 'nerve center.'" *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

19. Chiquita is a limited liability company. Chiquita is organized under the laws of Delaware, and its principal place of business is The Woodlands, Texas. *See* Bannett Decl., **Ex. D**.

20. The sole member of Chiquita is CCI. CCI is incorporated in Delaware with its principal place of business located in The Woodlands, Texas. *See* Bannett Decl., **Ex. E**.

21. WC-US is incorporated in Delaware with its principal place of business located in The Woodlands, Texas. *See* Bannett Decl., **Ex. F**.

22. Plaintiffs are residents in Los Angeles County communities surrounding the Landfill, including Val Verde, Hasley Canyon, Williams Ranch, Hasley Hills, Live Oak, North Bluffs, Hillcrest, Stevenson Ranch, and Santa Clarita (the "Mass Action Area"). *See* Ex. B at ¶¶ 24 & 35 (stating Plaintiffs are residents and/or work in one of the above communities). An individual's place of permanent residence is generally also the place of domicile, absent additional facts demonstrating an intent to be domiciled elsewhere. *See Ehrman v. Cox Communications, Inc.*, 932 F.3d 1223 (9th Cir. 2019) ("A 'natural person's state citizenship is [ ] determined by her state of domicile, not her state of residence.'").

23. CAFA's diversity requirement is therefore satisfied because there is minimal diversity of citizenship between the named Plaintiffs and named Defendants.

**C.     The amount in controversy exceeds $5,000,000.00.**

24. CAFA provides for original jurisdiction where the amount in controversy "exceeds $5,000,000.00, exclusive of interest and costs." 28 U.S.C. § 1332(d)(2). In calculating the amount in controversy, "the claims of the individual class members shall be aggregated." 28 U.S.C. § 1332(d)(6).

25. The notice of removal "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold" of $5,000,000. *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014); *see also Arias v. Residence Inn by Marriott*, 936 F.3d 920, 925 (9th Cir. 2019) ("[A] removing defendant is permitted to rely on 'a chain of reasoning that includes assumptions . . . [with] . . . some reasonable ground underlying them.'") (quoting *Ibarra v. Manheim*

*Investments, Inc.*, 775 F.3d 1193, 1199 (9th Cir. 2015)). In determining whether the amount in controversy exceeds the $5,000,000 jurisdictional threshold, the appropriate measure is the "amount at stake in the underlying litigation," which refers to "possible liability." *Greene v. Harley-Davidson, Inc.*, 965 F.3d 767, 772 (9th Cir. 2022) (emphasis in original).

26. Plaintiffs' FAC pleads an amount in controversy in excess of $5,000,000. Plaintiffs allege that by constructing, expanding and negligently operating the Landfill, Defendants have caused the Landfill to emit particulates and odors into their communities, which have (i) caused harm to the Plaintiffs' health; (ii) created an indecent or offensive condition to Plaintiffs' senses; (iii) impacted the Plaintiffs' overall use and enjoyment of their life and property; and (v) obstructed free passage and use of public spaces in the Mass Action Area. Ex. B, at ¶¶ 38, 60, 64, 65-68, 74-83, 87-91, 93-99, 109-113, 115-120, 123-129, 132-138, & 141-144. Plaintiffs seek monetary compensation for a wide-range of alleged injuries. Specifically, Plaintiffs seek compensatory damages for personal injury, property damage, damage to the health of their pets, and diminution of property value. *Id.* at Prayer for Relief, ¶ c. Plaintiffs also seek compensation for loss of the use of enjoyment of real and personal property. *Id.* at Prayer for Relief, ¶ d. They seek general damages for fear, worry, annoyance, discomfort, disturbance, inconvenience, pain, suffering, and emotional distress. *Id.* at Prayer for Relief, ¶ i. Plaintiffs also seek compensation for loss of wages, earning capacity, and/or business profits or proceeds, as well as compensation for any displacement expenses. *Id.* at Prayer for Relief, ¶ f. Plaintiffs request compensation for past and future medical expenses and incidental expenses. *Id.* at Prayer for Relief, ¶ e. Plaintiffs also request damages to cover the amount of future medical monitoring. *Id.* at Prayer for Relief, ¶ h. In addition to compensation for these assorted purported injuries and medical monitoring, Plaintiffs seek punitive damages, and attorney fees and costs. *Id.* at Prayer for Relief, ¶¶ j, k, l.

27. Total compensatory and punitive damages sought by Plaintiffs is in excess of $5,000,000. The amount of damages would only need to be $17,361.11 for each of the 288 Plaintiffs in order to satisfy the jurisdictional amount in controversy requirement, and the amount put in controversy by the FAC here well exceeds that. Moreover, the Plaintiffs' comprehensive damages requests make clear that the Plaintiffs also individually meet the $75,000 threshold set forth in § 1332(a) required for jurisdiction over mass action plaintiffs.

28. Indeed, judgments in recent nuisance cases premised on particulates, pollutants, and air contaminants demonstrate that the damages in such cases can be significant. *See, e.g.*, *Jacobs v. Murphy-Brown LLC*, No. 7:14-CV-237-BR, 2018 WL 4186009 (E.D.N.C. Aug. 3, 2018) (six plaintiffs in nuisance case against hog farm each awarded between $3.5 million and $5 million in compensatory damages, in addition to punitive damages three times the actual damages); *Babb v. Lee Cnty. Landfill SC*, No. 3:10-cv-01724, 2012 WL 1227612 (D.S.C. March 30, 2012) (six plaintiffs in landfill nuisance case each received actual damage awards ranging from $77,500 to $100,000 and an additional $300,000 in punitive damages); *McKiver v. Murphy-Brown, LLC*, 980 F.3d 937, 949 (4th Cir. 2020) (ten plaintiffs in nuisance case against neighboring hog farm each received $75,000 award, plus $5,000,000 in punitive damages).

29. In addition, Plaintiffs seek injunctive relief. *See* Ex. B, Prayer for Relief, at ¶ g (requesting injunctive relief including provisions for further monitoring and remediation of the Plaintiffs' properties). An exact estimate of any potential injunction's value is not possible, but on information and belief and in light of Plaintiffs' request for additional ongoing monitoring and future remediation, the cost of such monitoring and remediation could be significant.

30. Although liability and damages are denied, Plaintiffs have pled sufficient facts to satisfy the $5,000,000 jurisdictional amount in controversy requirement and to demonstrate that the Plaintiffs individually meet the $75,000

jurisdictional threshold for the Court to have jurisdiction over their claims.

## IV. NOTICE

31. Defendants hereby remove the above-captioned case to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

## V. PROCEDURAL REQUIREMENTS ARE SATISFIED.

32. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the process, pleadings, and orders served upon Defendants in this action are attached to the Bannett Decl., at Exhibits A, B, and C.

WHEREFORE, Defendants Chiquita, CCI, and WC-US hereby remove the above-captioned action from the Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California, Western Division.

DATED:  October 23, 2024         Respectfully submitted,

Paul S. Chan
Ariel A. Neuman
Shoshana E. Bannett
Alec M. Cronin
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP

Gary J. Smith
Jacob P. Duginski
Kaitlyn D. Shannon
BEVERIDGE & DIAMOND, P.C.

By:     */s/ Paul S. Chan*
          Paul S. Chan
Attorneys for Defendants Chiquita Canyon, LLC, Chiquita Canyon, Inc., and Waste Connections US, Inc.